UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GUSTAVO GUTIERREZ HERNANDEZ,

     *Petitioner*,

v.                                                                    Case No. 3:26-cv-619-JEP-PDB

SECRETARY KRISTI NOEM
and GARRETT RIPA,

     *Respondents.*

_____/

## **ORDER**

Through counsel, Petitioner filed a petition for a writ of habeas corpus. (Doc. 1). Under 28 U.S.C. § 2242, an "[a]pplication for a writ of habeas corpus shall be in writing signed and *verified* by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242 (emphasis added). The petition fails to include a verification. Therefore, by **March 31, 2026**, Petitioner shall supplement his petition with a proper verification.

**DONE AND ORDERED** at Jacksonville, Florida on March 24, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

c:
Counsel of Record